UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
REBECCA J. ALANI and TYSON J. ALANI, )
                 Plaintiffs, ) Case No. C05-1182L
    v. )
) ORDER DENYING REQUEST
GROUP HEALTH, ) TO SEAL RECORDS
)
                 Defendant. )
_____)

        This matter comes before the Court on plaintiff Rebecca J. Alani's letter requesting that all records filed in the above-captioned matter from this date forward be sealed. Dkt. # 8. Because defendants have not yet appeared in this action, the request is unopposed. Nevertheless, "[t]here is a strong presumption of public access to the court's files and records which may be overcome only on a compelling showing that the public's right of access is outweighed by the interests of the public and the parties in protecting files, records, or documents from public view." Local Civil Rule 5(g). Plaintiff has not provided any justification for her request that the record in this matter be sealed. Having failed to meet her burden under LR 5(g), plaintiff's request is DENIED.

        DATED this 2nd day of September, 2005.

                                            /s/ Robert S. Lasnik
                                           Robert S. Lasnik
                                           United States District Judge