UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA J. ALANI and TYSON J. ALANI,<br><br>                             Plaintiffs,<br><br>        v.<br><br>GROUP HEALTH COOPERATIVE,<br><br>                             Defendant. | No. C05-1182L<br><br>REVISED SCHEDULING ORDER |

This matter comes before the Court on plaintiff Rebecca Alani's response (Dkt. # 25) to this Court's order to show cause (Dkt. # 22).  In consideration of plaintiffs' efforts, the Court hereby sets forth a revised order for submission of a combined joint status report: (1) Plaintiffs must submit a draft joint status report to defendant no later than **Thursday, February 16, 2006 at 12:00 p.m.**; (2) Defendant must return to plaintiff its revised draft of plaintiffs' joint status report no later than **Wednesday, February 22, 2006 at 12:00 p.m.**; (3) Plaintiffs must file with the Court the final joint status report no later than **Tuesday, February 28, 2006 at 12:00 p.m.** The final status report and each draft iteration thereof must follow the format set forth in the Court's previous scheduling order (Dkt. # 19).  Plaintiffs' failure to abide by this order will result in dismissal of the above-captioned case.

DATED this 7th day of February, 2006.

Robert S. Lasnik
United States District Judge

REVISED SCHEDULING ORDER