UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA J. ALANI and TYSON J. ALANI,<br><br>              Plaintiffs,<br>     v.<br><br>GROUP HEALTH COOPERATIVE,<br><br>              Defendant. | No. C05-1182L<br><br>ORDER VACATING ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On January 26, 2006, this Court issued an order to show cause why sanctions should not be imposed on plaintiffs for failure to comply with this Court's requirement to negotiate a joint status report with defendants (Dkt. # 22). Plaintiffs have subsequently made efforts to comply with the joint status report requirement. The order to show cause is therefore VACATED.

DATED this 24th day of March, 2006.

*[signature]*
Robert S. Lasnik
United States District Judge