UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REBECCA J. ALANI and TYSON J. ALANI,

                Plaintiffs,

     v.

GROUP HEALTH COOPERATIVE,

                Defendant.

No. C05-1182L

ORDER RETURNING CERTAIN RECORD ITEMS

This matter comes before the Court *sua sponte*. The Clerk of Court is ordered to return to plaintiff Rebecca J. Alani, upon her request in person at the Courthouse, any items that were submitted as part of the record which are not paper documents. Items to be returned include, but are not limited to, tapes, x-rays, pictures, containers, and envelopes containing objects. All paper documents and pleadings that were submitted will remain in the record. The Court based its summary judgment order on the relevant statutes of limitations, and so none of the returned material is relevant on appeal. Alani must appear personally at the Courthouse to retrieve the items specified.

DATED this 1st day of June, 2006.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER RETURNING CERTAIN
RECORD ITEMS